## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cr-00139-BLW |
| | ) | |
| v. | ) | **REPORT AND** |
| | ) | **RECOMMENDATION** |
| TREVOR JOSEPH KELLY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 22, 2023, Defendant appeared before the undersigned United States

Magistrate Judge to enter a change of plea pursuant to a written plea agreement.

Defendant executed a written waiver of the right to have the presiding United States

District Judge take his change of plea.   Thereafter, the Court explained to Defendant the

nature of the charges, the maximum penalties applicable, his constitutional rights, the

effect of the Sentencing Guidelines, and that the District Judge would not be bound by

any agreement of the parties as to the penalty to be imposed.   Further, the undersigned

ordered a pre-sentence report.

Having conducted the change of plea hearing and having inquired of Defendant

and his counsel, and counsel for the United States, the Court concludes that there is a

factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with

full knowledge of the consequences, and that the plea should be accepted.   The

undersigned also ordered a pre-sentence investigation to be conducted and a report

prepared by the United States Probation Office.

Because Defendant has entered a guilty plea to an offense described in

**REPORT AND RECOMMENDATION - 1**

subparagraph (A), (B), or (C) of 18 U.S.C. § 3142(f)(1), which triggers the mandatory

detention provisions of 18 U.S.C. § 3143(a)(2), the Court heard oral argument and

received evidence as to whether exceptional reasons exist under 18 U.S.C. § 3145(c) to

justify Defendant's release pending sentencing.   For the reasons stated on the record, the

Court finds and recommends that:

Having carefully considered the arguments of counsel and the evidence presented

on the record, the Court concludes that, pursuant to 18 U.S.C. § 3145(c), (i) there is clear

and convincing evidence that the Defendant is not likely to flee or pose a danger to any

other person or the community, and (ii) it has been clearly shown that exceptional reasons

exist why the Defendant's detention would not be appropriate.   Accordingly, Defendant

shall remain released pending sentencing, pursuant to all conditions and requirements set

forth in the Court's prior release Order or Orders.


## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1.  The District Court accept Defendant's plea of guilty to Count 1 of the Superseding

    Information (Dkt. 49).

2.  The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss

    the original Indictment (Dkt. 1) as to Defendant.

3.  The District Court order forfeiture consistent with Defendant's admission to the

    Criminal Forfeiture allegation in the Superseding Information (Dkt. 49) and

    detailed at pages 3-5 of the Plea Agreement (Dkt. 52).


**REPORT AND RECOMMENDATION - 2**

4.      The District Court order that:

Defendant remain released pending sentencing subject to the previously imposed

Conditions of Pretrial Supervision.

Written objections to this Report and Recommendation must be filed within

fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

result of failing to do so, that party may waive the right to raise factual and/or legal

objections to the United States Court of Appeals for the Ninth Circuit.



DATED: **February 22, 2023**

Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**REPORT AND RECOMMENDATION - 3**